ACCEPTED
04-14-00354-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/4/2015 12:31:22 PM
KEITH HOTTLE
CLERK

**NO. 04-14-00354-CV**

THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/4/2015 12:31:22 PM

KEITH E. HOTTLE
Clerk

LUZ CHAVEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATES OF
RUDOLPH CHAVEZ, SR. (DECEASED) and RUDOLPH CHAVEZ, JR. (DECEASED),
AND AS NEXT FRIEND OF JOEL   CHAVEZ, A MINOR; DARLENE CHAVEZ;
ALLEN CHAVEZ; and CELIA CHAVEZ,
APPELLANTS,
V.
KANSAS CITY SOUTHERN RAILWAY COMPANY and JOSE JUAREZ,
APPELLEES.

Appeal from the 406th Judicial District Court, Webb County, Texas
Honorable Oscar J. Hale, Jr., Judge Presiding

**APPELLANTS' MOTION TO EXTEND TIME FOR FILING
APPELLANTS' REPLY BRIEF**

Pursuant to Texas Rules of Appellate Procedure 10.5 and 38.6 (c), Appellants respectfully request a two week extension of time in which to file their Reply Brief, as follows:

1.    The date on which Appellants' Reply Brief is currently due is January 5, 2015.

2.    Appellants hereby request a two week extension of time on which to file their reply brief.

3.    An extension of time is needed due to conflicting and concurrent deadlines in the prosecution of other cases, which include a hearing on a motion for summary judgment on January 5, 2015, and a final hearing on January 7, 2015, and travel to be with family on Christmas and New Year's Day.

1

4.     No previous extensions have been requested, or granted, with respect to the date of filing of Appellants' Reply Brief.

WHEREFORE, Appellants respectfully request a two week extension of time in which to file their reply brief.

Respectfully submitted,

/s/ *Mark Alvarado*

By: _____

Mark Alvarado
State Bar No. 01126520
Law Office of Mark Alvarado
9600 Escarpment Blvd., Suite 745
Austin, Texas 78749
Telephone: (512) 287-9469
Facsimile: 512-582-8651
alvarado_mark@hotmail.com
**ATTORNEY FOR APPELLANTS**

## <u>CERTIFICATE OF CONFERENCE</u>

Counsel for Appellants attempted to confer with counsel for Appellees before filing the last Motion, but was unable to reach him.

/s/ *Mark Alvarado*

By: _____

Mark Alvarado

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties through their respective attorneys of record, in accordance with the Texas Rules of Civil Procedure, via efile.texcourts.gov electronic mail, and/or facsimile, on this the 5th day of January, 2015, as follows:

Merritt Clements
Strasburger
2301 Broadway St.,
San Antonio, Texas  75215
Phone (210) 250-6005
Fax (210) 258-2717
merrit.clements@strasburger.com
*Attorneys for Defendants Kansas City Southern Railway and Jose Juarez*

Donato D. Ramos, Sr.
Law Offices of Donato D. Ramos
P. O. Box 452009
Laredo, Texas  78045-2009
Phone (956) 722-9909
Fax (956) 727-5884

Lynn Watson
Rosenthal & Watson, P.C.
6601 Vaught Ranch Road, Suite 200
Austin, Texas  78730-2309
lwatson@rosenthalwatson.com
*Attorney for Intervenor Rosenthal & Watson, PC*

Matthew Wagner
Bartlett & Schober, P.C.
1611 Nueces Street
Austin, Texas  78701
512-474-7678
512-597-3510  Fax
mwagner@bartlettschober.com
*Attorney for Mr. Ron Satija*
*Trustee for Estate of Rosenthal & Watson, PC*

/s/  *Mark Alvarado*

_____

**Mark Alvarado**